## BLACK RIVER LUMBER CO v KENT, et

Ohio Supreme Court
No. 22701. Decided May 27, 1931

Jones, Day, Allen, Kinkade and Robinson, JJ, concur. Marshall, C.J., not participating.

Full opinion will be published later. Watch **Omnibus Index.**